THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Jason Smith Roberts, Appellant.
 
 
 

Appeal from Clarendon County
Thomas W. Cooper, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-618
Submitted December 1, 2005  Filed December 9, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Jason Smith Roberts appeals his guilty plea to one count of possession of crack cocaine with intent to distribute and one count of possession of marijuana with intent to distribute, alleging the trial court erred in accepting his guilty plea without fully advising him of his constitutional rights.  Counsel for Roberts attached to the final brief a petition to be relieved as counsel.  Roberts did not file a separate pro se response.  
After a thorough review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Robertss appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
STILWELL, KITTREDGE, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.